SEALED

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2013-2
JANUARY 27, 2015 SESSION

FILED

JAN 27 2015

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:15-cr-00015
    21 U.S.C. § 841(a)(1)

SEAN WILLIAMS

# INDICTMENT

The Grand Jury Charges:

On or about November 6, 2014, at or near Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant SEAN WILLIAMS knowingly and intentionally possessed with intent to distribute a quantity of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

R. BOOTH GOODWIN II
United States Attorney

By: _____
JOHN J. FRAIL
Assistant United States Attorney